[No. 13882-1-I. Division One. December 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN PHILIP THORNTON, ET AL, *Defendants,* RIKKI ALAN JOLLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83-1-00141-5, Jack S. Kurtz, J., entered September 19, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Scholfield, JJ.

[No. 13917-7-I. Division One. December 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY G. FREEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00440-8, Dennis J. Britt, J., entered October 28, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Scholfield, JJ.

[No. 11908-7-I. Division One. December 24, 1984.]

THE MUNICIPALITY OF METROPOLITAN SEATTLE, *Respondent,* v. TRANSIT CASUALTY COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-00115-7, James A. Noe, J., entered May 27, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Scholfield, JJ.